AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BODIFORD, LARRY A. | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>05/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE PARTTIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

620 McKenzie Avenue, 32401
P. O. BOX 2528, PANAMA CITY,
FLORIDA 32402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Hutto and Bodiford |
| 2. | Shareholder close corporation | B H & B, Inc. |
| 3. | Shareholder close corporation | Blight Manor, Inc. |
| 4. | Personal Representative | Estate #1 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1984 | Florida State Employees Retirement Fund; eligible to draw at age 65 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/16 | Law Practice - legal services | $6,756.25 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/16 | Florida State Employees Retirement Fund; eligible to draw at age 65 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | 1st National Bank NW Fl | Partnership notes | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company Stock | E | Dividend | O | T | | | | | |
| 2. -Southern Company Stock | | | | | Buy | 01/14/16 | J | | |
| 3. -Southern Company Stock | | | | | Buy | 02/11/16 | J | | |
| 4. -Southern Company Stock | | | | | Buy | 03/07/16 | J | | |
| 5. -Southern Company Stock | | | | | Buy | 03/10/16 | J | | |
| 6. -Southern Company Stock | | | | | Buy | 04/28/16 | J | | |
| 7. -Southern Company Stock | | | | | Buy | 05/19/16 | J | | |
| 8. -Southern Company Stock | | | | | Buy | 06/06/16 | J | | |
| 9. -Southern Company Stock | | | | | Buy | 06/09/16 | J | | |
| 10. -Southern Company Stock | | | | | Buy | 07/14/16 | J | | |
| 11. -Southern Company Stock | | | | | Buy | 08/11/16 | J | | |
| 12. -Southern Company Stock | | | | | Buy | 09/06/16 | J | | |
| 13. -Southern Company Stock | | | | | Buy | 09/15/16 | J | | |
| 14. -Southern Company Stock | | | | | Buy | 10/13/16 | J | | |
| 15. -Southern Company Stock | | | | | Buy | 11/10/16 | J | | |
| 16. -Southern Company Stock | | | | | Buy | 12/06/16 | J | | |
| 17. -Southern Company Stock | | | | | Buy | 12/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tyndall FCU CD ▮ | A | Interest | K | T | | | | | |
| 19. 1st National Bk NW Fl $mrk | C | Interest | P1 | T | | | | | |
| 20. L-19 Lucas Lake Wash. Cty, Fl | | None | K | S | | | | | |
| 21. C-8,C-21,C-22 Hicks Lake, Wash.Cty, Fl | | None | J | S | | | | | |
| 22. BH&B,Inc. ▮ | G | Dividend | N | U | | | | | |
| 23. Raymond James IRA | A | Dividend | M | T | | | | | |
| 24. -Heritage Cash Turst | A | Interest | J | T | | | | | |
| 25. -Oppenheimer Steelpath MLP Income Fund Class C | B | Dividend | | | Sold | 10/03/16 | J | | |
| 26. -Alger Spectra | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 27. -Oppenheimer International Small Company Fund C M/F | B | Dividend | | | Sold | 10/24/16 | K | | |
| 28. -Putnam Dynamic Asset Alloc. Growth Fund Class C mM/F | C | Dividend | | | Sold | 03/31/16 | K | | |
| 29. -Goldman Sachs MLP Energy Infrastructure Fund Class C M/F | A | Dividend | | | Sold | 10/04/16 | J | | |
| 30. -Putnam Global Sector Fund Class C M/F | B | Dividend | | | Sold | 04/01/16 | J | | |
| 31. -Pimco stocksplus international fund class c M/F | A | Dividend | | | Sold | 07/01/16 | J | | |
| 32. -First Trust Global Bond income CLSD-End Port Ser 20 term | A | Dividend | K | T | Buy | 03/31/16 | K | | |
| 33. -Federated Strategic Value Dividend Fund Class c M/F | A | Dividend | K | T | Buy | 03/31/16 | K | | |
| 34. -Federated Strategic Value Dividend Fund Class C M/F | A | Dividend | K | T | Buy (add'l) | 05/03/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Federated Strategic Value Dividend Fund Class M/F | A | Dividend | K | T | Buy (add'l) | 04/06/16 | K | | |
| 36. -Alger Spectra Fund Class C M/F | B | Dividend | | | Sold | 05/03/16 | J | | |
| 37. -Prudential Jennison MLP Fund Class C M/F | A | Dividend | K | T | Buy | 10/03/16 | K | | |
| 38. -Janus Global Technology Funk Class C M/F | A | Dividend | J | T | Buy | 10/24/16 | J | | |
| 39. -virtus Small Cap Sustainable Growth Fund Class C M\F | A | Dividend | J | T | Buy | 10/24/16 | J | | |
| 40. -First Trust Global Bond Income Clsd-end Port ser 20 term | B | Dividend | | | Sold (part) | 11/16/16 | J | | |
| 41. -Janus Global Technology Fund Class C M \F | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 42. -Virtus sSmall Cap Sustainable Growth Fund Class C M\F | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 43. -First Trust International High Div Equity Port 20 Term Y | | | | | | | | | |
| 44. -Janus Global Technology Fund Class cM|F | A | Dividend | J | T | Buy | 11/18/16 | J | | |
| 45. -First Trust Global Bond Income CLSD-End Port Ser 20 Term | B | Dividend | | | Sold | 12/01/16 | J | | |
| 46. -Invesco Endeavor Fund Class C M\F | A | Dividend | K | T | Buy | 12/12/16 | K | | |
| 47. -Alger Spectra Fund Class C M\F | B | Dividend | | | Sold | 12/12/16 | K | | |
| 48. 1st NBNW FL C.D. | C | Interest | P1 | T | | | | | |
| 49. MetLife common stock | B | Dividend | J | T | | | | | |
| 50. Blight Manor, Inc. ▓ PC Fl. | | None | M | S | | | | | |
| 51. Hutto & Bodiford Profit Sharing | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Piedmont Natural Gas stock | D | Dividend | | | Sold | 10/28/16 | N | | |
| 53. -Piedmont Natural Gas stock | | | | | Buy | 01/15/16 | J | | |
| 54. -Piedmont Natural Gas stock | | | | | Buy | 01/15/16 | J | | |
| 55. -Piedmont Natural Gas stock | | | | | Buy | 02/10/16 | J | | |
| 56. -Piedmont Natural Gas stock | | | | | Buy | 03/09/16 | J | | |
| 57. -Piedmont Natural Gas stock | | | | | Buy | 04/15/16 | J | | |
| 58. -Piedmont Natural Gas stock | | | | | Buy | 04/15/16 | J | | |
| 59. -Piedmont Natural Gas stock | | | | | Buy | 05/11/16 | J | | |
| 60. -Piedmont Natural Gas stock | | | | | Buy | 06/08/16 | J | | |
| 61. -Piedmont Natural Gas stock | | | | | Buy | 07/15/16 | J | | |
| 62. -Piedmont Natural Gas stock | | | | | Buy | 07/15/16 | J | | |
| 63. Duke Energy | D | Dividend | M | T | | | | | |
| 64. --Duke Energy | | | | | Buy | 01/08/16 | J | | |
| 65. --Duke Energy | | | | | Buy | 02/15/16 | J | | |
| 66. --Duke Energy | | | | | Buy | 03/10/16 | J | | |
| 67. --Duke Energy | | | | | Buy | 03/17/16 | J | | |
| 68. --Duke Energy | | | | | Buy | 04/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Duke Energy | | | | | Buy | 05/12/16 | J | | |
| 70. --Duke Energy | | | | | Buy | 06/09/16 | J | | |
| 71. --Duke Energy | | | | | Buy | 06/16/16 | J | | |
| 72. --Duke Energy | | | | | Buy | 07/14/16 | J | | |
| 73. --Duke Energy | | | | | Buy | 08/15/16 | J | | |
| 74. -Duke Energy | | | | | Buy | 09/15/16 | J | | |
| 75. -Duke Energy | | | | | Buy | 09/22/16 | J | | |
| 76. -Duke Energy | | | | | Buy | 10/13/16 | J | | |
| 77. -Duke Energy | | | | | Buy | 11/10/16 | J | | |
| 78. -Duke Energy | | | | | Buy | 12/08/16 | J | | |
| 79. -Duke Energy | | | | | Buy | 12/22/16 | J | | |
| 80. Raymond James IRA | D | Distribution | J | T | | | | | |
| 81. -RJ Bank Deposit program | A | Distribution | J | T | | | | | |
| 82. -Blackrock International Growth | A | Distribution | J | T | Sold (part) | 01/28/16 | J | | |
| 83. -Blackrock International Growth | A | Distribution | J | T | Sold (part) | 02/26/16 | J | | |
| 84. -Blackrock International Growth | A | Distribution | | | Sold (part) | 05/27/16 | J | | |
| 85. -Annaly Cap Mgmt Incorporated Reit | A | Distribution | J | T | Sold (part) | 07/26/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Estate #1 | | None | J | T | | | | | |
| 87. -Homestead Bay County Florida | | None | M | S | | | | | |
| 88. Moonlight Bay, Bay County, Fl | | None | J | S | | | | | |
| 89. 1st National Bank Northwest Fl ▒ CD | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 05/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-B. Line 1. My _____ is retired from the Bay County School Board and she is receiving retirement benifits from the State of Florida.

Part VII Line 20. The assessed value of Lot L-19 is $30,000.00.

Part VII Line 21. The assessed value of Lots C-8, C-21 and C-22 is $12,000.00.

Part VII Column A Line 22. The gross value of BH&B, Inc. was determined by the accountant. The Value of B H 7 B have not changed from last year according to the CPA. Value method "G" was used. I have a one-third interest in BH&B, Inc.

Part VII Column A Line23. This IRA is owned by _____ .

PartVII Line 43. This stock was unintentionally omitted from my FDR 2015. The stock was bought in May 2015 and partially sold in November 2015. Four shares remained. Those four shares were sold November 2016 for $30.12.

Part VII Column A Line 50. The assessed value of Blight Manor, Inc. is $214,067.

Part VII Column A Line 80. This is my IRA. The distribution in line 80 comes from monthly sales from lines 81-85 totalling $500.00 in the aggregate. I no longer contribute annually.

Part I Positions line 4 and Part VII Line 86. I am the Personal Representive of Estate #1. I am under the supervision of the Probate Court. Cash value is "J" or less. The assessed value of the Homestead is $92,209.00. Homestead property is excempt from evaluation in the probate inventory in Florida and if devised to siblings as is the case at issue is not subject to sell or other disposition by the personal representive. However the personal representive has limited power to preserve and protect the property.

Part VII Line 87. The assessed value is $220,214.00.

Part VII Line 88. The assessed value of Moonlight Bay is $56,581. I own 1/3.

| Name of Person Reporting | Date of Report |
| --- | --- |
| BODIFORD, LARRY A. | 05/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LARRY A. BODIFORD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544